UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | 2:14-cr-00161-SVW | Date | February 4, 2016 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jason White | | | | N/A | | | |

**Proceedings:**   IN CHAMBERS ORDER:
[62] MOTION TO RELEASE AND RETURN SEIZED PROPERTY Filed by Defendant Jason White

The Court sets the following schedule:

Filing of Government's response . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . April 4, 2016
Petitioner's reply . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . June 3, 2016

| | : | |
|---|---|---|
| | Initials of Deputy Clerk | PMC |

cc:  USM
     PSA